1
2
3
4
5
6

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DR. BRUCE BUTCHER, an individual stockholder,<br><br>    Plaintiff,<br><br>v.<br><br>ADVANCED MINERAL TECHNOLOGIES, INC., a Nevada corporation; H. PHILIP CASH, an individual; GARY MASON, an individual; CLETIUS ROGERS, an individual; BIL ZELENY, an individual; RUSSELL D. KEELY, an individual; and STANLEY KNOWLTON, an individual,<br><br>    Defendants. | Case No.: 2:10-cv-01802-PMP-LRL<br><br><br><br>**STIPULATION AND ORDER DISMISSING WITH PREJUDICE** |

Plaintiff Dr. Bruce Butcher and Defendants Advanced Mineral Technologies, Inc., Philip Cash, Gary Mason, Cletius Rogers, and Bil Zeleny, have reached a settlement agreement and hereby stipulate and agree to dismiss this action, including all claims,

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

counterclaims, and cross-claims, with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs incurred herein.

Dated this 29 day of November, 2011.

CHARLES B. WOODMAN LAW OFFICES

/s/ Charles B. Woodman

CHARLES B. WOODMAN
548 W. Plumb Ln., Ste. #B
Reno, NV 89509
(775) 786-9800

*Attorney for Defendant Advanced Mineral Technologies, Inc.*

LAW OFFICE OF MARK WRAY

/s/ Mark Wray

MARK WRAY (NSBN 4425)
608 Lander Street
Reno, Nevada 89509
Telephone: (775) 348-8877

*Attorneys for Defendants Philip Cash, Gary Mason, Cletius Rogers, an Bil Zeleny*

PARSONS BEHLE & LATIMER

/s/ Rew R. Goodenow

REW R. GOODENOW (NSBN 3722)
ROBERT W. DELONG
50 W. Liberty St., Ste. 750
Reno, Nevada 89501
Telephone: (775) 323-1601

*Attorneys for Plaintiff*

### ORDER

Pursuant to the Stipulation of the parties herein,

IT IS HEREBY ORDERED that the above-entitled action, including all claims, counterclaims, and cross-claims, is dismissed with prejudice, with each party to bear its own Court costs and attorneys' fees.

Dated: _ December 2, 2011.

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of McDONALD CARANO WILSON LLP, and that on the 1st day of December, 2011, I caused to be served a copy of the within **DEFENDANT ADVANCED MINERAL TECHNOLOGIES, INC.'S STIPULATION AND ORDER DISMISSING WITH PREJUDICE** by depositing for mailing with the United States Postal Service addressed to the following parties:

Charles B. Woodman
548 W. Plumb Ln. Ste. #B
Reno, NV 89509

Mark Wray, Esq.
Law Office of Mark Wray
608 Lander Street
Reno, NV 89509

Rew Goodenow, Esq.
Robert DeLong, Esq.
Parsons Behle & Latimer
50 W. Liberty Street, Suite 750
Reno, NV 89501

Sandra Pelham

324659