UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DR. BRUCE BUTCHER, an individual stockholder,<br><br>    Plaintiff,<br>v.<br><br>ADVANCED MINERAL TECHNOLOGIES, INC., a Nevada corporation; H. PHILIP CASH, an individual; GARY MASON, an individual; CLETIUS ROGERS, an individual; BIL ZELENY, an individual; RUSSELL D. KEELY, an individual; and STANLEY KNOWLTON, an individual,<br><br>    Defendants. | Case No.: 2:10-cv-01802-PMP-LRL<br><br>**STIPULATION AND ORDER DISMISSING WITH PREJUDICE** |

Plaintiff Dr. Bruce Butcher and Defendants Advanced Mineral Technologies, Inc., Philip Cash, Gary Mason, Cletius Rogers, and Bil Zeleny, have reached a settlement agreement and hereby stipulate and agree to dismiss this action, including all claims,

///
///
///
///
///
///
///
///
///

counterclaims, and cross-claims, with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs incurred herein.

Dated this __29__ day of November, 2011.

CHARLES B. WOODMAN LAW OFFICES

_____
CHARLES B. WOODMAN
548 W. Plumb Ln., Ste. #B
Reno, NV 89509
(775) 786-9800

*Attorney for Defendant Advanced Mineral Technologies, Inc.*

LAW OFFICE OF MARK WRAY

_____
MARK WRAY (NSBN 4425)
608 Lander Street
Reno, Nevada 89509
Telephone: (775) 348-8877

*Attorneys for Defendants Philip Cash, Gary Mason, Cletius Rogers, an Bil Zeleny*

PARSONS BEHLE & LATIMER

_____
REW R. GOODENOW (NSBN 3722)
ROBERT W. DELONG
50 W. Liberty St., Ste. 750
Reno, Nevada 89501
Telephone: (775) 323-1601

*Attorneys for Plaintiff*

## ORDER

Pursuant to the Stipulation of the parties herein,

IT IS HEREBY ORDERED that the above-entitled action, including all claims, counterclaims, and cross-claims, is dismissed with prejudice, with each party to bear its own Court costs and attorneys' fees.

Dated: _ December 2, 2011.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of McDONALD CARANO WILSON LLP, and that on the 1st day of December, 2011, I caused to be served a copy of the within **DEFENDANT ADVANCED MINERAL TECHNOLOGIES, INC.'S STIPULATION AND ORDER DISMISSING WITH PREJUDICE** by depositing for mailing with the United States Postal Service addressed to the following parties:

Charles B. Woodman
548 W. Plumb Ln. Ste. #B
Reno, NV 89509

Mark Wray, Esq.
Law Office of Mark Wray
608 Lander Street
Reno, NV 89509

Rew Goodenow, Esq.
Robert DeLong, Esq.
Parsons Behle & Latimer
50 W. Liberty Street, Suite 750
Reno, NV 89501

Sandra Pelham

324659